No. 92–854. CENTRAL BANK OF DENVER, N. A. *v.* FIRST INTERSTATE BANK OF DENVER, N. A., ET AL. C. A. 10th Cir. [Certiorari granted, 508 U. S. 959.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 92–1239. J. E. B. *v.* ALABAMA EX REL. T. B. Ct. Civ. App. Ala. [Certiorari granted, 508 U. S. 905.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 92–97. NORTHWEST AIRLINES, INC., ET AL. *v.* COUNTY OF KENT, MICHIGAN, ET AL. C. A. 6th Cir. [Certiorari granted, 508 U. S. 959.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 92–780. NATIONAL ORGANIZATION FOR WOMEN, INC., ET AL. *v.* SCHEIDLER ET AL. C. A. 7th Cir. [Certiorari granted, 508 U. S. 971.] Motion of Legal Defense for Unborn Children for leave to file a brief as *amicus curiae* denied. Motion of Alan Ernest to allow counsel to represent children unborn and born alive denied. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of respondent Monica Migliorino for divided argument and for additional time for oral argument denied.

No. 92–1223. UNITED STATES DEPARTMENT OF DEFENSE ET AL. *v.* FEDERAL LABOR RELATIONS AUTHORITY ET AL. C. A. 5th Cir. [Certiorari granted, 507 U. S. 1003.] Motion of respondent American Federation of Government Employees, AFL–CIO, for leave to file motion for divided argument and for divided argument denied.

No. 92–1370. BFP *v.* RESOLUTION TRUST CORPORATION, AS RECEIVER OF IMPERIAL FEDERAL SAVINGS ASSN., ET AL. C. A. 9th Cir. [Certiorari granted, 508 U. S. 938.] Motion of respondents Paul Osborne et al. for divided argument granted.